4 So.2d 442
### Minnie Bell MACON v. STATE.
6 Div. 944.

Supreme Court of Alabama.
Oct. 30, 1941.

Thos. S. Lawson, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., for petition.

Morel Montgomery, of Birmingham, opposed.

FOSTER, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Minnie Bell Macon v. State, 4 So. 2d 439, wherein a judgment of conviction of first degree manslaughter was reversed.

Writ denied.

GARDNER, C. J., and THOMAS and BROWN, JJ., concur.